IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY JACKSON SEELEY,

       Plaintiff,                  No. CIV S-05-2319 FCD JFM P

   vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.          <u>ORDER</u>
_____/

       Plaintiff has requested an extension of time to file objections to the September 29, 2006 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

       1.  Plaintiff's October 12, 2006 motion for an extension of time is granted; and

       2.  Plaintiff shall file objections to the September 29, 2006 findings and recommendations on or before November 17, 2006.

DATED: October 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp:001
seel2319.36(2)