IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY JACKSON SEELEY,

    Plaintiff,                   No. CIV S-05-2319 FCD JFM P

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.             ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: February 21, 2007.

                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

/mp
seel2319.59